UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

| | |
|---|---|
| KENNETH KLUTH and STEPHEN SCHENK,<br><br>               Plaintiff<br><br>v.<br><br>SANTANDER CONSUMER USA INC. and AUTO TRACKERS AND RECOVERY NORTH, LLC,<br><br>               Defendants. | NO. 2:17-CV-0414<br><br>DEFENDANT AUTO TRACKERS AND RECOVERY NORTH, LLC'S ANSWER AND AFFIRMATIVE DEFENSES |

     Defendant Auto Trackers and Recovery North, LLC ("Auto Trackers") answers Plaintiffs' Complaint for (1) violations of the Fair Debt Collection Practices Act, (2) violations of the Uniform Commercial Code, and (3) violations of the Washington Consumer Protection Act as follows:

     1.    In answer to paragraph 1 to Plaintiffs' Complaint, Defendant Auto Trackers admits it was hired by PAR, Inc. to recover a Ford F150. Except as specifically, admitted, Defendant Auto

Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

2.    In answer to paragraph 2 to Plaintiffs' Complaint, Defendant Auto Trackers admits, on or about January 17, 2017, its agent arrived at Plaintiffs' residence for the purpose of repossessing Plaintiffs' vehicle. Except as specifically admitted, each and every allegation in paragraph 2 is denied.

3.    In answer to paragraph 3 to Plaintiffs' Complaint, Defendant Auto Trackers denies each and every allegation.

4.    In answer to paragraph 4 to Plaintiffs' Complaint, Defendant Auto Trackers denies each and every allegation.

5.    In answer to paragraph 5 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

6.    In answer to paragraph 6 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

7.    In answer to paragraph 7 to Plaintiffs' Complaint, Defendant Auto Trackers denies that it does business in King County. Except as specifically denied, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

8.    In answer to paragraph 8 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

9.    In answer to paragraph 9 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

10.    In answer to paragraph 10 to Plaintiffs' Complaint, Defendant Auto Trackers admits it is an Idaho limited liability company located in Hayden, Idaho.  Except as specifically admitted, each and every allegation in paragraph 10 is denied.

11.    In answer to paragraph 11 to Plaintiffs' Complaint, Defendant Auto Trackers denies each and every allegation.

12.    In answer to paragraph 12 to Plaintiffs' Complaint, Defendant Auto Trackers restates its answers to all preceding paragraphs and incorporates them by reference as though fully set forth herein.

13.    In answer to paragraph 13 to Plaintiffs' Complaint, Defendant Auto Trackers asserts that the allegations set forth are legal conclusions, and therefore, no response is required.  To the extent Defendant must respond, it denies each and every allegation contained therein.

14.    In answer to paragraph 14 to Plaintiffs' Complaint, Defendant Auto Trackers asserts that the allegations set forth are legal conclusions, and therefore, no response is required.  To the extent Defendant must respond, it denies each and every allegation contained therein.

15.    In answer to paragraph 15 to Plaintiffs' Complaint, Defendant Auto Trackers asserts that the allegations set forth are legal conclusions, and therefore, no response is required.  To the extent Defendant must respond, it denies each and every allegation contained therein.

16. In answer to paragraph 16 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

17. In answer to paragraph 17 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

18. In answer to paragraph 18 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

19. In answer to paragraph 19 to Plaintiffs' Complaint, Defendant Auto Trackers restates its answers to all preceding paragraphs and incorporates them by reference as though fully set forth herein.

20. In answer to paragraph 20 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

21. In answer to paragraph 21 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

22. In answer to paragraph 22 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

23. In answer to paragraph 23 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

24. In answer to paragraph 24 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

25. In answer to paragraph 25 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

26. In answer to paragraph 26 to Plaintiffs' Complaint, Defendant Auto Trackers restates its answers to all preceding paragraphs and incorporates them by reference as though fully set forth herein.

27. In answer to paragraph 27 to Plaintiffs' Complaint, Defendant Auto Trackers asserts that the allegations set forth are legal conclusions, and therefore, no response is required. To the extent Defendant must respond, it denies each and every allegation contained therein.

28. In answer to paragraph 28 to Plaintiffs' Complaint, Defendant Auto Trackers asserts that the allegations set forth are legal conclusions, and therefore, no response is required. To the extent Defendant must respond, it denies each and every allegation contained therein.

29. In answer to paragraph 29 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

30. In answer to paragraph 30 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

31. In answer to paragraph 31 to Plaintiffs' Complaint, Defendant Auto Trackers lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

With respect to Plaintiffs' Prayer for Relief, no response from Defendant Auto Trackers is required. To the extent a response is required, Defendant Auto Trackers denies that Plaintiffs are entitled to any relief from Defendant Auto Trackers.

**AFFIRMATIVE DEFENSES**

WHEREFORE, having answered Plaintiffs' Complaint, Defendant Auto Trackers hereby states and alleges the following affirmative defenses:

32. Plaintiffs' claims against Defendant Auto Trackers are barred to the extent they fail to state a claim upon which relief may be granted.

33. Plaintiffs' claims against Defendants are barred as the venue is improper.

34. As the incident at issue in this lawsuit occurred in or about Yakima, Washington, this court lacks subject matter jurisdiction over the dispute.

35. As Defendant Auto Trackers is an Idaho company and otherwise does not conduct business in the Western District of Washington, the court lacks personal jurisdiction over this defendant.

36. The alleged injuries to Plaintiffs were not caused by any acts or omissions by Defendant Auto Trackers.

37. Plaintiff suffered from symptomatic previous conditions, which caused or aggravated his alleged injuries. Defendant Auto Trackers is not responsible for said pre-existing conditions.

38. Plaintiffs' claims against Defendant Auto Trackers are barred by the equitable doctrines of estoppel, laches, waiver, and unclean hands.

39. Any set of circumstances creating a claim or cause of action, as alleged by Plaintiffs or otherwise, was effectively or legally caused or created by Plaintiffs' own acts or omissions.

40. Plaintiffs have failed to mitigate their damages.

41. Defendant Auto Trackers adopts and incorporates by reference any affirmative defenses asserted by any other Defendant in this action to the extent that the same applies to Defendant Auto Trackers.

42. Defendant Auto Trackers reserves the right to assert additional affirmative defenses as discovery in this litigation proceeds.

WHEREFORE, having fully answered Plaintiffs' Complaint and having asserted affirmative defenses, Defendant Auto Trackers prays for the following relief:

1. Plaintiffs' Complaint be dismissed and they take nothing thereby;

2. Recovery of all allowable attorneys' fees and costs under the applicable court rules, federal statute including 15 U.S.C. 1692(k), and state statute including RCW 4.84.185; and

3. Such other and further relief as the court deems just and equitable.

DATED this 9th day of August, 2017.

                ANDREWS ▪ SKINNER, P.S.

By    */s/ Karleen J. Scharer*
STEPHEN G. SKINNER, WSBA #17317
KARLEEN J. SCHARER, WSBA #48101
645 Elliott Ave. W., Suite 350, Seattle, WA 98119
206-223-9248 | Fax: 206-623-9050
*Email: Stephen.skinner@andrews-skinner.com*
*Email: Karleen.scharer@andrews-skinner.com*
Attorney for Defendant Auto Trackers and Recovery North, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on August 9, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

ANDREWS ▪ SKINNER, P.S.

By    */s/ Karleen J. Scharer*
STEPHEN G. SKINNER, WSBA #17317
KARLEEN J. SCHARER, WSBA #48101
645 Elliott Ave. W., Suite 350, Seattle, WA 98119
206-223-9248 | Fax: 206-623-9050
*Email: Stephen.skinner@andrews-skinner.com*
*Email: Karleen.scharer@andrews-skinner.com*
Attorney for Defendant Auto Trackers and Recovery North, LLC