UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KENNETH KLUTH and STEPHEN SCHENK, <br><br> Plaintiff <br><br> v. <br><br> SANTANDER CONSUMER USA INC. and AUTO TRACKERS AND RECOVERY NORTH, LLC, <br><br> Defendants. | NO. 2:17-CV-0414 <br><br> ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE |

**ORDER**

This matter, having come before the Court on defendants' unopposed Motion to Transfer Venue (Dkt. # 16), IT IS HEREBY ORDERED as follows:

The motion is GRANTED, and this matter shall be transferred to the United States District Court for the Eastern District of Washington, Yakima Division.

Entered this 22nd day of August, 2017.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO
TRANSFER VENUE - 1