JURYDEMAND

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:17–cv–00414–RSL

| | |
|---|---|
| Kluth et al v. Santander Consumer USA Inc. et al | Date Filed: 03/16/2017 |
| Assigned to: Judge Robert S. Lasnik | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kenneth Kluth**          represented by   **Alexander B. Trueblood**
TRUEBLOOD LAW FIRM
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
206–707–9685
Email: alec@hush.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Schenk**          represented by   **Alexander B. Trueblood**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Santander Consumer USA Inc.**          represented by   **Karleen Joy Scharer**
ANDREWS SKINNER
645 ELLIOTT AVENUE W
STE 350
SEATTLE, WA 98119–3911
206–223–9248
Email: karleen.scharer@andrews–skinner.com
*ATTORNEY TO BE NOTICED*

**Stephen G Skinner**
ANDREWS SKINNER
645 ELLIOTT AVENUE W
STE 350
SEATTLE, WA 98119–3911
206–223–9248
Email: stephen.skinner@andrews–skinner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Auto Trackers And Recovery North LLC**          represented by   **Karleen Joy Scharer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen G Skinner**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2017 | Ï 1 | COMPLAINT against All Defendants with JURY DEMAND (Receipt # 0981–4807452) Attorney Alexander B. Trueblood added to party Kenneth Kluth(pty:pla), Attorney Alexander B. Trueblood added to party Stephen Schenk(pty:pla), filed by Kenneth Kluth, Stephen Schenk. (Attachments: # 1 Civil Cover Sheet)(Trueblood, Alexander) (Entered: 03/16/2017) |
| 03/16/2017 | Ï 2 | REQUEST by Plaintiffs Kenneth Kluth, Stephen Schenk for Issuance of Summons re 1 Complaint, (Trueblood, Alexander) (Entered: 03/16/2017) |
| 03/17/2017 | Ï | Judge Robert S. Lasnik added. (ST) (Entered: 03/17/2017) |
| 03/17/2017 | Ï 3 | Summons electronically issued as to defendant(s) Auto Trackers And Recovery North LLC, Santander Consumer USA Inc. (ST) (Entered: 03/17/2017) |
| 04/04/2017 | Ï 4 | NOTICE of Appearance by attorney Stephen G Skinner on behalf of Defendant Auto Trackers And Recovery North LLC. (Skinner, Stephen) (Entered: 04/04/2017) |
| 04/19/2017 | Ï 5 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT Joint Status Report due by 5/17/2017, by Judge Robert S. Lasnik. (KERR) (Entered: 04/19/2017) |
| 05/23/2017 | Ï 6 | ORDER TO SHOW CAUSE why sanctions including dismissal should not be imposed for failure to comply with Order of April 19, 2017 (Dkt. 5 ), by Judge Robert S. Lasnik. ( Show Cause Response due by 6/9/2017, Joint Status Report due by 6/9/2017 )(SWT) (Entered: 05/23/2017) |
| 05/23/2017 | Ï 7 | Show Cause Deadline re 6 Order to Show Cause, Set Deadlines NOTED on motion calendar; Noting Date 6/9/2017, (SWT) (Entered: 05/23/2017) |
| 06/08/2017 | Ï 8 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Banco Santander Central Hispano, S.A. for Santander Consumer USA Inc.. Filed pursuant to Fed.R.Civ.P 7.1. Filed by Santander Consumer USA Inc. (Skinner, Stephen) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 9 | CORPORATE DISCLOSURE STATEMENT Filed pursuant to Fed.R.Civ.P 7.1. Filed by Auto Trackers And Recovery North LLC (Skinner, Stephen) (Entered: 06/08/2017) |
| 06/09/2017 | Ï 10 | RESPONSE TO ORDER TO SHOW CAUSE by Defendants Auto Trackers And Recovery North LLC, Santander Consumer USA Inc. (Skinner, Stephen) (Entered: 06/09/2017) |
| 06/09/2017 | Ï 11 | JOINT STATUS REPORT signed by all parties estimated Trial Days: 7. (Skinner, Stephen) (Entered: 06/09/2017) |
| 06/09/2017 | Ï 12 | RESPONSE TO ORDER TO SHOW CAUSE by Plaintiffs Kenneth Kluth, Stephen Schenk (Trueblood, Alexander) (Entered: 06/09/2017) |
| 06/13/2017 | Ï 13 | ORDER VACATING ORDER TO SHOW CAUSE, by Judge Robert S. Lasnik. (SWT) (Entered: 06/13/2017) |
| 06/14/2017 | Ï 14 | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES; Length of Trial: 7 days. Jury Trial is set for 7/2/2018 at 9:00 AM in Courtroom 15106 before Judge Robert S. Lasnik. Joinder of Parties due by 7/12/2017, Amended Pleadings due by 1/3/2018, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 1/3/2018, Discovery completed by 3/4/2018, Attorney settlement conference to be held by 3/18/2018, Dispositive motions due by 4/3/2018, |

|   |   |   |
|---|---|---|
|   |   | Motions in Limine due by 6/4/2018, Pretrial Order due by 6/20/2018, Trial briefs to be submitted by 6/27/2018, Proposed voir dire/jury instructions and trial exhibits due by 6/27/2018 (KERR) (Entered: 06/14/2017) |
| 06/20/2017 | 15 | NOTICE of Association of Attorney by Karleen Joy Scharer on behalf of Defendants Auto Trackers And Recovery North LLC, Santander Consumer USA Inc.. (Scharer, Karleen) (Entered: 06/20/2017) |
| 07/27/2017 | 16 | MOTION to Change Venue (Attachments: # 1 Proposed Order Proposed Order) Noting Date 8/18/2017, (Scharer, Karleen) (Entered: 07/27/2017) |
| 07/27/2017 | 17 | DECLARATION of Karleen J. Scharer in Support of Defendants Motion to Transfer Venue filed by Defendants Auto Trackers And Recovery North LLC, Santander Consumer USA Inc. re 16 MOTION to Change Venue (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Scharer, Karleen) (Entered: 07/27/2017) |
| 07/27/2017 | 18 | DECLARATION of Matt Mayo in Support of Defendants Motion to Transfer Venue filed by Defendants Auto Trackers And Recovery North LLC, Santander Consumer USA Inc. re 16 MOTION to Change Venue (Scharer, Karleen) (Entered: 07/27/2017) |
| 08/09/2017 | 19 | ANSWER to 1 Complaint, by Auto Trackers And Recovery North LLC.(Scharer, Karleen) (Entered: 08/09/2017) |
| 08/09/2017 | 20 | ANSWER to 1 Complaint, by Santander Consumer USA Inc..(Scharer, Karleen) (Entered: 08/09/2017) |
| 08/13/2017 | 21 | RESPONSE, by Plaintiffs Kenneth Kluth, Stephen Schenk, to 16 MOTION to Change Venue . (Trueblood, Alexander) (Entered: 08/13/2017) |
| 08/14/2017 | 22 | REPLY, filed by Defendants Auto Trackers And Recovery North LLC, Santander Consumer USA Inc., TO RESPONSE to 16 MOTION to Change Venue (Scharer, Karleen) (Entered: 08/14/2017) |
| 08/22/2017 | 23 | ORDER granting defendants' 16 Unopposed Motion to Change Venue, signed by Judge Robert S. Lasnik. (SWT) (Entered: 08/22/2017) |
| 08/22/2017 |   | Case will be sent to the U.S. District Court for the Eastern District of Washington, Yakima Division by electronic transfer 15 days following the date of this filing. (SWT) (Entered: 08/22/2017) |