Judge Stanley A. Bastian

Stephen G. Skinner, WSBA #17317
Karleen J. Scharer, WSBA #48101
ANDREWS SKINNER, P.S.
645 Elliott Ave. W., Suite 350
Seattle, WA  98119
Telephone: 206-223-9248
Stephen.skinner@andrews-skinner.com
Karleen.scharer@andrews-skinner.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON – YAKIMA DIVISION

| | |
|---|---|
| KENNETH KLUTH and STEPHEN SCHENK,<br><br>Plaintiff<br><br>v.<br><br>SANTANDER CONSUMER USA INC. and AUTO TRACKERS AND RECOVERY NORTH, LLC,<br><br>Defendants. | NO. 1:17-cv-03149-SAB<br><br>DEFENDANT SANTANDER CONSUMER USA INC.'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

Plaintiffs Kenneth Kluth and Stephen Schenk and Defendants Santander Consumer USA Inc. and Auto Trackers and Recovery North, LLC (collectively the Parties) jointly move this Court to enter the Stipulated Protective Order attached hereto as Exhibit 1.  The Parties are in the process of conducting discovery in this matter. To

protect the confidentiality of such information and materials, the Parties have agreed to the entry of the attached Protective Order.

WHEREFORE, the parties request this Court enter the Protective Order.

DATED this 4th day of March, 2018.

ANDREWS ▪ SKINNER, P.S.

By *s/ Karleen J. Scharer*
STEPHEN G. SKINNER, WSBA #17317
KARLEEN J. SCHARER, WSBA #48101
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206.223.9248 | Fax: 206.623.9050
Stephen.skinner@andrews-skinner.com
Karleen.scharer@andrews-skinner.com
Attorneys for Defendants Santander Consumer USA Inc. and Auto Trackers and Recovery North, LLC

TRUEBLOOD LAW FIRM


 */s/ Alexander B. Trueblood*
 Alexander B. Trueblood, WSBA #50612
 Trueblood Law FIrm
 1700 Seventh Ave., Suite 2100
 Seattle, WA 98101
 206.707.9685
 Fax: 206.832.4676
 Alec.trueblood@truebloodlawfirm.com
 *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which sent notification of such filing to the following individuals:

>Alexander Trueblood
>Trueblood Law Firm
>1700 Seventh Ave., Suite 2100
>Seattle, WA 98101
>*Attorneys for Plaintiffs*

>ANDREWS ▪ SKINNER, P.S.

>By  *s/ Karleen J. Scharer*
>STEPHEN G. SKINNER, WSBA #17317
>Karleen J. Scharer, WSBA #48101
>645 Elliott Ave. W., Ste. 350
>Seattle, WA 98119
>Tel: 206.223.9248 | Fax: 206.623.9050
>Stephen.skinner@andrews-skinner.com
>Karleen.scharer@andrews-skinner.com
>Attorneys for Defendants Santander Consumer USA Inc. and Auto Trackers and Recovery North, LLC