FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH KLUTH and STEPHEN SCHENK,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANTANDER CONSUMER USA INC., and AUTO TRACKERS AND RECOVERY NORTH, LLC,<br><br>    Defendants. | No. 1:17-cv-03149-SAB<br><br>**ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER** |

    Before the Court is Defendant Santander Consumer USA Inc's Motion for Entry of Stipulated Protective order, ECF No. 37. The motion was heard without oral argument.

    The parties jointly move the Court to sign and enter a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

    The parties are free to contract between themselves regarding disclosure of information produced in discovery, and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a

**ORDER DENYING
STIPULATED MOTION FOR PROTECTIVE ORDER** ~ 1

narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Defendant Santander Consumer USA Inc's Motion for Entry of Stipulated Protective order, ECF No. 37, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 18th day of May 2018.



Stanley A. Bastian
United States District Judge

**ORDER DENYING
STIPULATED MOTION FOR PROTECTIVE ORDER** ~ 2