ALEXANDER B. TRUEBLOOD (WA Bar No. 50612)
TRUEBLOOD LAW FIRM
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101-1360
Telephone: (206) 707-9685
Facsimile: (206) 832-4676

Attorneys for Plaintiffs
KENNETH KLUTH and STEPHEN SCHENK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON – YAKIMA DIVISION

| | |
|---|---|
| KENNETH KLUTH, and STEPHEN SCHENK,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC., and AUTO TRACKERS AND RECOVERY NORTH, LLC,<br><br>Defendants. | Case No: 1:17-CV-03149-SAB<br><br>**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES** |

WHEREAS, the parties have scheduled a mediation for July 18, 2018, which they hope will resolve the case; and

WHEREAS, the plaintiffs contend they need more time to depose defendant Santander Consumer USA Inc.'s CR 30(b)(6) representative, in order to effectively oppose Santander's pending motion for summary judgment;

NOW THEREFORE, the parties in this matter, through the undersigned their counsel of record, hereby stipulate that:

1. The trial shall be continued to November 12, 2018 at 9:00 a.m., and the pretrial conference shall be continued to October 29, 2018 at 2:00 p.m., both in Spokane, Washington.

2. The discovery cutoff shall be continued to August 17, 2018, for the sole purpose of deposing defendant Santander Consumer USA Inc.'s CR 30(b)(6) representative Jodie Kelch.

3. The hearing on defendant Santander Consumer USA, Inc.'s pending motion for summary judgment (Docket No. 39) shall be continued to September 21, 2018. Plaintiff's opposition papers shall be due on August 24, 2018, and defendant's reply papers, if any, shall be due on September 7, 2018.

4. Motions in Limine shall be filed and served on or before October 3, 2018. Responses shall be filed and served on or before October 10, 2018. Replies shall be filed and served on or before October 17, 2018. Motions in limine shall be noted for hearing at the pretrial conference.

5. Exhibit Lists and Witness Lists shall be filed and served and exhibits made available for inspection (or copies provided), on or before October 10, 2018. Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before October 17, 2018. Responses, if any, to objections shall be filed and served on or before October 24, 2018.

6. The pretrial exhibit stipulation shall be filed on October 24, 2018.

7. The parties shall notify the Court on or before October 3, 2018 whether

deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

    8.  A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before October 24, 2018 and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

    9.  Trial briefs and voir dire shall be filed by October 22, 2018.

    10.  Proposed jury instructions shall be filed no later than October 22, 2018.

11.   All other pre-trial orders and deadlines shall remain in effect as previously ordered.

Dated: June 15, 2018

Respectfully Submitted,

TRUEBLOOD LAW FIRM

By: _____/s/_____
    Alexander B. Trueblood

Attorneys for Plaintiffs
KENNETH KLUTH AND STEPHEN SCHENK

ANDREWS ▪ SKINNER, P.S.

By _____/s/_____
STEPHEN G. SKINNER, WSBA #17317
Karleen J. Scharer, WSBA #48101
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206.223.9248 | Fax: 206.623.9050
Stephen.skinner@andrews-skinner.com
Karleen.scharer@andrews-skinner.com
Attorneys for Defendants Santander Consumer USA Inc. and Auto Trackers and Recovery North, LLC