1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

Jul 09, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| KENNETH KLUTH and STEPHEN SCHENK,<br><br>                Plaintiffs,<br><br>                v.<br><br>SANTANDER CONSUMER USA INC., and AUTO TRACKERS AND RECOVERY NORTH, LLC,<br><br>                Defendants. | NO.  1:17-cv-03149-SAB<br><br>**JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR NOVEMBER 5, 2018** |

Before the Court is the parties' Stipulation to Continue Trial and Pre-trial Deadlines, ECF No. 44. The parties have scheduled a mediation and also need additional time to conduct discovery. Good cause exists to grant the Stipulation.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation to Continue Trial and Pre-trial Deadlines, ECF No. 44, is **GRANTED**.

2.  The Court's Scheduling Order, ECF No. 28, is amended as follows:

* * *

**TRIAL DATES**

**4. Jury Trial.** The jury trial shall commence on **November 5, 2018** at **9:00 a.m.** in **SPOKANE**, Washington.

**AMENDED JURY TRIAL SCHEDULING ORDER ~ 1**

**5. Pretrial Conference.** An in-person pretrial conference will be held on **October 17, 2018,** at **1:30 p.m.** in **SPOKANE**, Washington.

\* \* \*

## DISCOVERY DEADLINES

**8. Discovery.**

A. *Discovery Deadline*. The discovery deadline is extended to August 17, 2018, for the sole purpose of deposing defendant Santander Consumer USA Inc.'s CR 30(b)(6) representative Jodie Kelch.

\* \* \*

## MOTION DEADLINES

**12. Motions *in Limine*.**

A. *Motions* in Limine: shall be filed and served on or before **September 24, 2018**.

B. *Responses*: shall be filed and served on or before **October 1, 2018**.

C. *Replies*: shall be filed and served on or before **October 8, 2018**.

D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**13. Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **October 1, 2018**.

\* \* \*

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **October 8, 2018**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **October 15, 2018**.

AMENDED JURY TRIAL SCHEDULING ORDER ~ 2

**14. Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **October 15, 2018**.

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**15. Designation of Testimony.**

The parties shall notify the Court on or before **September 24, 2018** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**16. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **October 15, 2018** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

* * *

**17. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **October 11, 2018**.

**18. Jury Instructions.** No later than **October 11, 2018**, the parties shall file jointly proposed jury instructions.

3. The hearing on Defendant Santander Consumer USA, Inc.'s Motion for Summary Judgment, ECF No. 39 is **continued** to September 21, 2018, without oral

**AMENDED JURY TRIAL SCHEDULING ORDER ~ 3**

argument. Plaintiff's opposition papers shall be due on **August 24, 2018**, and Defendant's reply papers, if any, shall be due on **September 7, 2018**.

      **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

      **DATED** this 9th day of July 2018.



                                             Stanley A. Bastian
                             United States District Judge

**AMENDED JURY TRIAL SCHEDULING ORDER ~ 4**