# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

## Sep 24, 2018

SEAN F. MCAVOY, CLERK

KENNETH KLUTH and STEPHEN SCHENK,

|  |  |
|---|---|
| *Plaintiff* | ) |
|  | ) |
| v. | ) |
| SANTANDER CONSUMER USA INC., and | ) |
| AUTO TRACKERS AND RECOVERY NORTH, LLC, | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.   1:17-CV-3149-SAB

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant Santander Consumer USA Inc's Amended Motion for Summary Judgment, ECF No. 39, is GRANTED. Judgment is entered in favor of Defendant Santander Consumer USA Inc.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Stanley A. Bastian _____ on a motion for

summary judgment.

Date:  September 24, 2018

*CLERK OF COURT*

SEAN F. MCAVOY

s/ Virginia Reisenauer

*(By) Deputy Clerk*

Virginia Reisenauer