FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH KLUTH and STEPHEN SCHENK,<br><br>        Plaintiffs,<br><br>        v.<br><br>SANTANDER CONSUMER USA INC., and AUTO TRACKERS AND RECOVERY NORTH, LLC,<br><br>        Defendants. | No. 1:17-cv-03149-SAB<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER** |

Before the Court is Plaintiffs' Motion to Reconsider and Vacate Order on Summary Judgment and Clerk's Judgment, ECF No. 51. The motion was heard without oral argument. Plaintiffs are represented by Alex B. Trueblood and Kirk D. Miller. Defendants are represented by Karleen J. Scharer and Stephen G. Skinner.

Previously, this case was closed as a result of the parties' providing Notice of Settlement. ECF No. 50. Plaintiffs ask this Court to reopen the case so that the Court can vacate its Order granting Defendant's Motion for Summary Judgment. The Court is not inclined to do so. Plaintiffs have not demonstrated that extraordinary circumstances exist to reopen this case and vacate the Court's order and judgment. Notably, Plaintiffs have not demonstrated they have suffered any manifest injustice by the entry of the Order.

Accordingly, **IT IS HEREBY ORDERED**:

**ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER ~ 1**

1.     Plaintiffs' Motion to Reconsider and Vacate Order on Summary Judgment and Clerk's Judgment, ECF No. 51, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 10th day of December 2018.



Stanley A. Bastian
United States District Judge